# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>PORFIRIO GUTIERREZ-AGUIRRE,<br><br>　　　　　　　　　　Defendant. | Case No. 19cr1640-CAB<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>FEB 1 1 2020<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　　　DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐　the Court has dismissed the case for unnecessary delay; or

☐　the Court has granted the motion of the Government for dismissal, without prejudice; or

☐　the Court has granted the motion of the defendant for a judgment of acquittal; or

☐　a jury has been waived, and the Court has found the defendant not guilty; or

☒　the jury has returned its verdict, finding the defendant not guilty;

☒　of the offense(s) as charged in the Indictment/Information:

　　Title 8, U.S.C., Sec. 1326(a) and (b) – Attempted Reentry of Removed Alien (Felony)

Dated: 2/11/2020

Hon. Cathy Ann Bencivengo
United States District Judge